IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:19CR714 |
|    Plaintiff | * | |
| -vs- | * | JUDGE PATRICIA GAUGHAN |
| CORY L. GRANDISON | * | |
|    Defendant | * | <u>MOTION FOR MODIFICATION OF DETENTION ORDER</u> |
| | * | |

\* \* \*

Now comes Defendant, Cory Grandison, by and through undersigned counsel, and hereby respectfully moves this Court for an Order modifying the Detention Order issued herein. Defendant Grandison is the owner of Grand Property Management where he owns several rental properties. Defendant's mother has attempted to handle day-to-day operations of the business. However, she has indicated that she is unable to handle all of the responsibilities of maintaining these properties. She has full-time employment in the accounting department in a local hospital and it is too time consuming.

Defendant submits that there has been a change in circumstances. Defendant intends to plead guilty to the indictment and the matter will be set for sentencing. Counsel for both parties believe that Defendant's guideline range for sentencing is 30 – 37 months. Further, Defendant is not a flight risk as all of his family ties and property are in the Akron area.

WHEREFORE, Defendant Grandison respectfully requests that the Court reconsider the Detention Order as issued herein.

Respectfully submitted,

*/S/ THOMAS M. BAUER JR.*
THOMAS M. BAUER JR. #0073432
Attorney for Defendant
137 S. Main St., Suite 201
Akron, Ohio 44308
330-253-7171
330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on February 17, 2020 a copy of the foregoing Motion for Modification of Detention Order was filed electronically. All parties may access this filing through the Court's system. Notice of this filing will be sent to all parties through operation of this Court's system.

*/S/ THOMAS M. BAUER JR.*
THOMAS M. BAUER JR.
Attorney for Defendant